UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLY A. HOOD, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>WILSONS THE LEATHER EXPERTS INC., a/k/a WILSONS LEATHER HOLDINGS, INC., a/k/a ROSEDALE WILSONS, INC., a Minnesota corporation d/b/a WILSONS LEATHER, and LUIS ARAMBUL and JANE DOE ARAMBUL, husband and wife and the marital community composed thereof,<br><br>Defendants. | NO. CV-06-5014-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On July 27, 2006, the parties filed a joint Stipulated Notice of Dismissal with Prejudice (Ct. Rec. 11). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 28th day of July, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2006\Hood\stip.dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** * 1